HEATHMAN LAW OFFICE PA
3706 SW Topeka Blvd., Ste. 402
Topeka, Kansas 66609
(785) 267-0055
(785) 266-7819(Fax)
James@heathmanlaw.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## TOPEKA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | Case No: 17-CR-40065-001 |
| **CARLOS FEWRNANDO**    ) | |
| **FERNANDEZ-GONZALEZ**    ) | |
| Defendant.    ) | |

### MOTION TO CONTINUE SENTENCING

**COMES NOW** the defendant, by and through counsel James C. Heathman of Heathman Law Office PA and moves the Court for a continuance of the sentencing hearing in the above captioned case. In support of this motion the defendant states:

1. Sentencing is currently scheduled for the 22nd day of January 2018.
2. Defendant has investigated and made several objections to the presentence report, including to issues of his criminal history, relevant conduct, and drug weight calculations, all of which impact his ultimate sentence.
3. The government has agreed to make certain recommendations at the time of sentencing. However, given the complexity of some of the issues involved, additional time is needed to investigate and further support the basis of these recommendations in order to provide the Court with all relevant information upon which to base its sentence.
4. Counsel for the Government, has been notified and does not object to a continuance of this matter.
5. The granting of this motion will not prejudice either party.

Respectfully submitted,

By: //James C. Heathman
James C. Heathman, #14582
Attorney for Defendant

CERTIFICATE OF SERVICE

       I hereby certify that on January 12, 2018, I electronically filed the foregoing Entry of Appearance with the Clerk of the United States District Court, District of Kansas by using CM/ECF system, which will send a notice of electronic filing to all interested parties, including the following:

Gregory G Hough
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, Kansas 66683

          /s/ James C. Heathman
          James C. Heathman, #14582